2:22CV125-JES-NPM

LEGAL MAIL
Provided to Florida State Prison on
2/16/22 for mailing by [signature]

MARIO Goodhigh        CASE: 2:21-CV-00911-JLB-MRM.

CASE# 2:21-CV-00911-JLB-MRM.

My Life is in imminent danger here at FSP Florida State Prison C-dormitory officers takes off handcuffs and leg shackles off us inmates in our cells. In which officers could lie and says that us inmates tried to hit them in jump on us inmates

Relief: I dont have much time left on my sentence next year I'm asking the United States district courts to release me up under imminent danger home to my family. This is an imminent danger situation to this courts take this into actions. Something got to be done which make me also in fear for my life

2022 FEB 22 PM 2:46
FILED

Mario Goodhigh M28779
Date- 2-16-22
Dorm- C-1322 Single

To This United States District Courts

I'm Mario Dyrell Godhigh Case:
2:21-CV-00911-SLB-MAM.

I'm know longer at Santa Rosa address has changed to FSP. P.O. Box 800 Raiford, Florida 32083.

Please send me an copy of the 1983 Civil Rights Complaint Motion that I filed to this Courts.

Thank you

Mario Godhigh
Date 2-16-22.